RECEIVED

MAR 27 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

)
)
)
Plaintiff(s), Cody Harry )
)
v.   ~~St. Louis Law Enforcement~~ )     Case No. _____
)              (to be assigned by Clerk of District Court)
Allios/Nexius-company )
Caleb Beasley -steaven Tiggs I.w )     **JURY TRIAL DEMANDED**
Guadalupe Dealmonte )
- David Lindsey  ~~St.Louis Law~~ )     YES ✓  NO ☐
Defendant(s). (Enter above the full name(s) enforcement )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This employment discrimination lawsuit is based on (check only those that apply):

✓   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Cody Harry

V.

- Allios & all
- Nexius
- Caleb Beasley
- Guadalupe Dealmonte
- David Lindsey
- Steave Tiggs
- Johnny Nephew
- Joshua Kropa

Appointent an Counsel Attorney to represent Me

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Cody Harry

   Plaintiff's address: 4943 Winona Ave 2W
   Street address or P.O. Box

   St. Louis/MO/63109
   City/ County/ State/Zip Code

   (314)663-0813
   Area code and telephone number

3. Defendant's name: Allios/Nexius

   Defendant's address: 2106 Fenton Logistics PK
   Street address or P.O. Box

   Fenton, MO, 63026
   City/County/State/ Zip Code

   (972)581-9888
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

2051 Midway Rd _____ Lewisville _____ TX _____ 75056
(Street Address)         (City/County)         (State)   (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

Approximate 09/12/2022

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

√ Yes    Date filed: ~~12/02/2022~~ 02/04/2023

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

√ Yes    Date filed: ~~12/02/2022~~ 02/04/2023

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

√ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____  failure to hire me

__✓__  termination of my employment

_____  failure to promote me

_____  failure to accommodate my disability

__✓__  terms and conditions of my employment differ from those of similar employees

__✓__  retaliation

__✓__  harassment

__✓__  other conduct (specify):

Complaining about being illeagal workers/
managers fraudulently impersonating my real
managers


Did you complain about this same conduct in your charge of discrimination?

__✓__ Yes                              ____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_✓_    race

_____    religion

_____    national origin

_✓_    color

_____    gender

_____    disability

_____    age (birth year is:    _____)

_____    other:  whistleblower retaliation

Did you state the same reason(s) in your charge of discrimination?

_✓_ Yes                            _____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

Paper on the other page

(Continue to page 6, if additional space is needed.)

5

Allios/Nexius

-First Thing I did tell in the interview that it takes me time to catch onto the workflow but I say to to everthing interview I never bring up my learning disability and it's not the reason

-I found out about Section 702 after I loss my job after talking to Naacp and the job had to sign off for the fraudlent impersonation with the managers to happen so it makes more sense but I shouldn't never loss my job and was lie to about room to growth inside the company after I explain this situration becuase somebody did have cellura data access to everythng on my phone and try to make the workplace toxic  just trying to make me quit. Fraudlent impersonation is jail time.

March 25, 2022

   -I applied and gotten and interview but I never gotten the called back
 - I sent an email and message because I got cold Called

April 4th 2022

-I found out through apple support that my phones have been wiretapped and had celluar access to everything on my phone including my personal and private stuff(like remote access) which explains the tracking/stalking and popping at all my workplaces before I even started working there.

May 24th - June 6th 2022

-I use a differnt email and phone when and I got a message about a hiring even I reapply on May 20th 2022, I got a message 4 days later but I lost the text, But I end up calling and went to the hiring event June 1st and got hire on the spot and was told that it was oppinturinty for growth and they had great benafits, which that was great for me because I was in my 30s and I was looking for a 1st shift long term job. that's when I met the person that was Impersonating Guadalupe Dealmonte, Warehouse Manager

-My 1st day and also I did give my SSN/ID to the person that was Impersonating Gudalupe Dealmonte and I also remembering being over 15 people at the time, at the time I didn't know but that warehouse is not that big also I didn't know about the "made up positions" like some of  the driver postiions and the Rappid Response Team(found that out when I got cross train)


June 6th - June 13th 2022

- There was alot of people in the managers office and some claim to be workers from other locations like Chicago and ATL Location

-  There was this big buffer looking guy I only saw for one week and his name was Tyler. I remember on a Friday when I went to the office and said Tyler( it wasn't another Tyler at the time) and this guy was pretending to be a manager for a week and then disappear and nobody said anything.

June 13th
 -The guy that was pretending to be Caleb Beasley showed up and when I went to the office that it was a skinner guy and he was going by Tyler D. found out that was my real manager Caleb but didn't know at the time

June-July -2022 Things I notice but didn't pay no attention

-I didn't pay no attention to during this time because I just started working here and didn't pay any attenion to the little things but I notice some things was off

-There was a guy with Dreads black male that kept coming in late and I remember one day je was just sitting in his car and that's when I notice that stuff gotten moved around my Car. Noted I didn't say anything to them at the time because I just started working here. But I brought it up on soical media. And My socail media accounts are not connect to my real name at all unless somebody at work had access to my phone, because I don't tell workers about my social media accounts especially my full time jobs. But after that he disapperard and nodbody said anything

-There was another male named Lydell but they kept calling him Harry for some reason but he disappear but sitll in the work chat for some reason.

-Another Black name Cooper(don't know to much about him) but disapeared about he yelling at another fake worker name David stringer on some Street theather type stuff. That's when I notice that I was like the only "REAL black male employee"

-Steaven Tiggs(person of interested)

 -They promoted him to a lead position but only been there a week before I started?
-Drove the forklift on a truck that wasn't Dock

-I did started to record some convosations everytime Steaven Tiggs was around becuase I will say this. I was texting a friend about going to the gun range range and I was looking on a certain app. A day or two later(sometimes the same day) he would say something that it was on my phone and make a analogy base off somehting I said or look at on the internet AT HOME that's why I started to pay attention to alot of the little things

-Kept leaving early and go out the door that was all the way to the left(where I usally park my car) when he parks his car on the opposite side of the warehouse where the cameras wasn't locaited

-One day I was talking to ATT about my phone issues and being hacked(didn't know it was law enforcement this whole time) but I kept getting disconnted for some strange reason noted I just brought that phone it was a iPhone 13 Pro Max but everytime that happen he gets up started to walk around and left work early and drove off kinda fast.

-The Guadalupe Dealmonte impersonator
  -She was the one that told me that it was opportunity for growth and Job Security
  -Wasn't doing nothing in the warehouse other than looking at the same demon stuff for weeks and be in the offices with the fake Caleb in "Calls" all day

-  There was a lady that I saw that was actually doing work(found out that was the real Lupe months later) She was helpping a real co-worker name Christopher Wheat

  - All 4 of my Tires was loose.(psi was all under 20) ever since I brought it it on twitter the person that was acting weird and then Disappear. It was a women named Rebecca Curtis(person of interested) and nobody said nothing about it.

Aug 5th Friday

-I posted to the teams chat that somebody was messing with my car side mirrior. Nothing happen I did file a police report my car insurance went from $230 to $530 beccause of that job

-During all this time I was complaining to HR but they wasn't responing back at all. Email is
cody.Harry@allios.io

-Oct 20th 2022
the person that the person that was impersonating Guadalupe Dealmonte left because I belive I said something about finding out who was the real Lupe was(but I didn't bring it up to notbody) I was still mad about my car being temper with but here's the thing it was a lady(real lupe) that was still coming most of the time they was working remotly but since I was a recviver package was still coming in Guadalupe Dealmonte names months after she "left"

During all this Time I was complaining to HR while the fake/Illgeal workers coming in sitting for 8hrs and then leave espically on the busy days and I was the only asked about cross trained(with no pay raise)  was making HR/Email jokes countless of times again how they know I was talking to HR when I brought it up to nobody and the managers didn't do anything. and be on there phones all day which it's weird becuase it was a few times where my phone randomly goes to SOS mode and say no service with Zero bars like somebody was using a cell tower simulator like a stringray.

Nov 8th 2022

-I complain to the city of Fenton about the car issue and a officer(Women forgot her name) showed up to the job thats when the fake Caleb told her that he just got "prometed" to that job which that was a head scratcher.

Dec.14th 2022

I posted the whole situration on the worldwide teams chat just because I found the real managers Linkledn pages before they took them down(Guadlaupe Dealmonte took her profile picture down so you will need a data forensic) and that's when I finally heard back from HR for the very 1st time and nothing still happen other than some ot the fake workers left work early that day(one looks like he was about to break down a cry) there names was Johnny Nephew and Joshua Kroupa.

-Dave Lindsey(person of interested)

-Kept making Homo and Racist slurrs, talking bad about the company, made slick rasict jokes about the highter ups, yelling at everybody,  alot when I'm around AT WORK to the point where I caught him mensioning porn(adult content) infront of the management(the ones that was going to fraudlent impersonation) he pretty much just trying make it seem like that the company was very toxic which it wasn't. I worked in warehouses for 8+ yrs and that company wasn't like that it was the illgeal workers making it seem like it was.

-When I took a day(will need to camera footage of the days I was off just to see what was it like when I'm wasn't there) off and come back I stuff that was on my desk was missing and I found my box cutter on the other side of the warehouse

-Dave stingger -Fake Lead was smoking by propane tanks until somebody told him that it was propane tanks.

Dec. 30th 2022

-The fake Caleb Beasley left and a week later Jan 6th I lost my job due to "Budget cuts" but from what I'm been finding out thanks to Section 702/Mass Surveillance that I was the only REAL employee that lost my job and they did through a voice chat unprofessinal

   Feel like I really lost my job due to whistlebloweing retaliation/discrimination
-I did complain to Osha becaue it was people that was train on the forklift that was drving it without seatbealts, didn't have CDL's (the truck postition was fake since I an reciver and was cross trained to a shipper and that's when I found out that the Raipid Respond team was made up they was spliting up work to make it seem like it was alot and it wasn't. Also during my 1st weeks they made up lead positions that all disapprear as time went along.

-They must of found out that I filed a EEOC complaint in Decmeber
-I complain to the City of Fenton
-I pretty much was just complaining because it was some illgeal stuff going on and I feel like the Law Enforcement/Feds played a big role in all of this

-Kyle Lindsey(person of interested) people was complaining to me about Kyle taking Hour+ long restroom breaks and always on his phone and the fake managers knew.

-During all this time after the "Lupe" they kept saying that the ATL location got shutdown just to find out that was a lied The person that was inpersonationg Caleb Beasley was saying that

-They kept saying that the company is going to get shutdown(trying to make me quit because I knew some illgeal stuff was going) and they was only saying that when I'm was around alot that's when I started to record to catch them

They even had random people coming in pretending to that the company was getting shutdown His name was Willis Sapp, But it was more people also.

-Dameages

  -making less money
  -A week after I loss my job got hit with court date Feb 1st from my landlord but I was making my rent payments on time but $3000+ of my rent wasn't being cash. That one reason why I think the Feds/Laws Enforcemen played a role in all of this
 So I had work a Temp Job.

-Loss wages, profits
-working a Temp Job
-Been behind on bills
-Can't Find a full time job for some strange reason when I have experince in warehouse jobs for 8yrs(Again Section 702)

What the company did Illegal
  -The Fake managers was blantant(it's also happing at my other/current jobs as well but I haven't loss my job due to some "Shady" stuff other than when I was working at Tri Rinse only

lasted 2 weeks because I went a court date which I told them a head of time and the other time was snowing/had car issues. But my temp Agacy help me found a new job fast so I didn't file a complaint.
   -Out of the real workers I was the only ONE that got laid off
-I was told it's a job where you can grow
-I Gave the Fraudlent impersonator Guadlaupe Dealmonte my SSN/ID
-Somebody did have illgeal access to my phone
-The compant Never Got Shutdown(noted Jan 6th the day I got laid off alot of people of interested didn't come in that day)
-They kept trying to make me sign a Severance package I didn't
.-After I posted the car issues in the teams chat nothing happen but when I lied and said something about having a "camera in my car" alot of people got "laid Off" in. AUG.

Discrimination Acts

-They kept telling me that the compant was getting shutdown(trying to make me quit for some reason)

-Lied about the ATL location getting shutdown

-I was the only one that got Cross Train out of all the "New hires

-They be going outside and grouping up for some strange reason happen a few times

-Evertime I had to take a day off the Fake Caleb Beasley was nowhere to be found he drove a badge subaru

-When I took a "pic" of a suspicious car with "plates they switch cars I belive his name was Michael Stephen Parola that was the "wire cutter but never drove the forklift(was smoking weed)

-I complain about the situration for months to HR and it took me posting on the world Teams chat Nov 29th 2022 to get a resppone form HR and I didn't record the covosation just because I didn't trust nodody

-The managers didn't do nothing about the car situration in Aug. but made jokes about checking the cameras in the teams chat during that time. It's until I complain to the City of Fenton that nothing happen because I belive it was was true and they probaly dealted the footage. Now if I wasn't black the situration probaly would got resolved in AUG.

-Police Report
 Fenton Cop told me that nothing happen when I took clear pictures the day it happen and posted it to the teams chat

Real Co workers

-Braiden Schopp
-Chris Wheat
-Cameron Olivier


   Things that I will need to help with(discoveraly)
-The Employee roaster of the company and Names with Picutures from 2019- February 2022
pretty before I ever apply to the job since people claim that they been there since open which
it's wasn't that long ago

-Recover my work email cody.harry@allios.io
-the earnings of the company
-No Digital nothing they need to show up to court
-Video edivances
-them bring that phones that they was using during that time at work because somebody had a
cell tower simularor device micking my phone


People of interest that was trying make the company seem like it was Toxic

   -Tyler Delia(My real manager Caleb)
-Robert
-Laronn C.
-Andrea .M
-Micheal Paronia
-Mio Campbell
-Ben Whitcomb
-David Stringer
-Bill Bix
-Chaz
-Rebecca Curtisa

People that will needs to Talk
-David Lindsey
-Kyle Lindesy
-Steaven Tiggs
-Gaudaulupe Dealmonte
-Caleb Beasley
-Allios HR department
-And whoever sign off on this

Now Like I said that I belive a big part of all of the The Law Enforcement/Feds played a big role
and I got put on some type of warrantless so I must got accused of something very serious
and they took things about of context when somebody went trough my phone via cellur data.
And I finding all of this out months after I got "laid off" because the same exact thing is
happening at my current jobs with the fraudulent impersonation.
So I do want to know what was said about my behind my back. The Truth

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.



- Lost wages —
- Punitive damages
- 5 yrs of front Pay

- 60k in emotional/mental damages

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

Cody Harry

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _63_ day of _20_____, 20_23_.

Signature of Plaintiff  _Cody Harly_

8